The document below is hereby signed.

Signed: October 2, 2013



*S. Martin Teel, Jr.*
*S. Martin Teel, Jr.*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| EXZELL NICKS, | ) | Case No. 13-00588 |
| | ) | (Chapter 13) |
| Debtor. | ) | Not for publication in |
| | ) | West's Bankruptcy Reporter |

MEMORANDUM DECISION AND ORDER DENYING MOTION TO DISMISS

Evergreen Urban LLC seeks an order dismissing this case. Evergreen holds a note executed by the debtor's wife and secured by property in which both she and the debtor hold an interest. Under 11 U.S.C. § 101(5)(A) the term "claim" means a "right to payment . . . ." Evergreen contends that the debtor owes it nothing as he did not execute the note, and that, accordingly, Evergreen does not hold a claim against the debtor. It asserts that under 11 U.S.C. § 109(e) the debtor is thus ineligible to be a debtor as against Evergreen because only an individual who owes debts may be a debtor in a case under chapter 13 of the Bankruptcy Code (11 U.S.C.).

Evergreen disregards 11 U.S.C. § 102(2) ("'claim against the debtor' includes claim against property of the debtor"), and

binding precedent.  When a debtor's interest in property is subject to a lien, the claim secured by that lien is a claim against the debtor, albeit only a claim against the debtor *in rem*, because the lienor holds "a 'right to payment' in the form of its right to the proceeds from the sale of the debtor's property."  *Johnson v. Home State Bank*, 501 U.S. 78, 84 (1991). *See also Glance v. Carroll (In re Glance)*, 487 F.3d 317, 321 (6th Cir. 2007) ("just as a debtor may seek protection from a bank's foreclosure on a lien because it is a 'claim' under the Code, see *Johnson*, 501 U.S. at 85, 111 S.Ct. 2150, so a debtor must treat the same lien as a 'debt' in determining whether he has exceeded the debt limitations for filing a Chapter 13 petition.").

In any event, Evergreen disregards the unsecured debts the debtor scheduled in this case.

It is thus

ORDERED that the motion to dismiss filed by Evergreen Urban LLC is DENIED.

[Signed and dated above.]

Copies to: Recipients of e-notification.

2